# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF HELEN J.      :  No. 151 MM 2017
DISABATO, DECEASED          :
                                 :
                                 :
PETITION OF: PETER DIGIOVANNI  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of November, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.